page 188; and Blakemore on Prohibition (3d Ed.) § 984, and notes.

The motion for rehearing is overruled.

## ABRAMS v. STATE. (No. 12117.)

Court of Criminal Appeals of Texas. Jan. 2, 1929.

J. T. Kelly, of Dallas, for appellant.

Gossett Greer, Asst. Cr. Dist. Atty., of Dallas, and A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for aggravated assault, punishment being a fine of $50 and 30 days in the county jail.

In the absence of a statement of facts and bills of exception, nothing is presented for review, and the judgment is affirmed.